AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ANTONIO MOLINA
FERNANDO NUNEZ-ZARCO
OTONEIL ORDUNO
DAVID SANCHEZ
SILVIO MORALES NUNEZ

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 11, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER STEVEN MANLEY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
**OFFICER STEVEN MANLEY**
**NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before one and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                     City and State

_____      _____
Name & Title of Judicial Officer            Signature of Judicial Officer