**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 06-101-M-01** |
| | : | |
| **ANTONIO MOLINA,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of undersigned counsel in this case on behalf of Antonio Molina, defendant, effective March 13, 2006..

/s/________________________________
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Antonio Molina

[X] CJA

[ ] Retained