UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0101M-01 (CR) |
| | : | MAGISTRATE NO. 06-0101M-02 (CR) |
| **ANTONIO MOLINO,** | : | MAGISTRATE NO. 06-0101M-04 (CR) |
| **FERNANDO NUNEZ-ZARCO,** | : | |
| **DAVID SANCHEZ,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about March 11, 2006, within the District of Columbia, **ANTONIO MOLINO, FERNANDO NUNEZ-ZARCO and DAVID SANCHEZ**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.