UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-86 |
| ANTONIO MOLINA, : | |
| : | |
| Defendant : | |
| : | |

UNOPPOSED MOTION TO EXTEND TIME
WITHIN WHICH TO FILE PRE-TRIAL MOTIONS

Antonio Molina, through counsel, respectfully requests an additional ten days within which to file pretrial motions. As reasons for this motion, the defendant states the following:

1. United States Attorney Marvin Lal has agreed not to oppose this motion.

2. On May 10, 2006, Antonio Molina and two co-defendants were arraigned on a one-count indictment charging possession with intent to distribute 500 grams or more of cocaine.

3, This court set June 12, 2006 as the deadline for filing defense motions.

4. Between May 10 and May 25, 2006, counsel for Mr. Molina was out of the country.

5. Upon counsel's return, a number of unanticipated legal matters required counsel's immediate attention, and after these matters were attended to, insufficient time remained to adequately draft pretrial motions on behalf of Antonio Molina.

6, The government will not be prejudiced by the granting of this motion, as the motions hearing date has not yet been set.

**WHEREFORE**, Antonio Molina respectfully requests an additional two weeks within which to file pretrial motions.

/s/ _____
JOANNE VASCO, ESQUIRJE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Antonio Molina