UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-86 |
| **ANTONIO MOLINA,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

### ORDER

Upon consideration of defendant Antonio Molina's unopposed motion to extend the deadline for filing pretrial motions, it is this _____ day of June, 2006, hereby

ORDERED, that the motion is hereby

GRANTED, and defendant Antonio Molina shall file his pretrial motions on or before June 26, 2006.

**THE HONORABLE JAMES ROBERTSON**
**United States District Judge**