UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-086-01 (JR) |
| | : | |
| ANTONIO MOLINA | : | |
| Defendant. | : | |
| | : | |

# DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, with prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

BY: _____
Arvind K. Lal
Assistant United States Attorney
Bar No. 389496
555 4th Street, N.W., Room 4217
Washington, D.C. 20530
(202) 353-8833

APPROVED AND GRANTED THIS _____ DAY OF _____, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE