UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-086-01 (JR) |
| : | |
| ANTONIO MOLINA : | |
|       Defendant. : | |
| _____ : | |

### ORDER

Having considered the Government's motion to dismiss the above captioned case, the defendant's concurrence therewith, and the entire record herein, it is this _____ day of May, 2007, hereby

ORDERED that the above-captioned case is dismissed, with prejudice, and the defendant is to be released and discharged on the charges stemming from this case.

 

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE