UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-086-01 (JR) |
| | : | |
| ANTONIO MOLINA | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER

Having considered the Government's motion to dismiss the above captioned case and the underlying magistrate case, 06-MJ-101-01, the defendant's concurrence therewith, and the entire record herein, it is this _____ day of May, 2007, hereby

ORDERED that the above-captioned case and the underlying magistrate case, 06-MJ-101-01 are dismissed, with prejudice, and the defendant is to be released and discharged on the charges stemming from these cases.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE