FILED

MAY 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    Crim. No. 06-086-01 (JR)
                                  :
                                  :
ANTONIO MOLINA                    :
        Defendant.                :
                                  :

### ORDER

Having considered the Government's motion to dismiss the above captioned case, the defendant's concurrence therewith, and the entire record herein, it is this __3d__ day of May, 2007, hereby

ORDERED that the above-captioned case is dismissed, with prejudice, and the defendant is to be released and discharged on the charges stemming from this case.

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE