FILED

MAY 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
           v.                     :     Crim. No. 06-086-01 (JR)
                                  :
                                  :
ANTONIO MOLINA                    :
           Defendant.             :
_____:

## DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, with prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

BY: _____
    Arvind K. Lal
    Assistant United States Attorney
    Bar No. 389496
    555 4th Street, N.W., Room 4217
    Washington, D.C. 20530
    (202) 353-8833

APPROVED AND GRANTED THIS __3d__ DAY OF __May__, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE